1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JORGE ANTONIO PEREZ,                        No. 2:15-cv-0833-WBS-EFB P

12                  Plaintiff,

13          v.                                    ORDER

14   A. DENNEHY, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On June 11, 2015, the court issued findings and recommendations, which

19   recommended dismissal of this action for plaintiff's failure to pay the required filing fee or

20   request leave to proceed in forma pauperis ("IFP").  ECF No. 8.

21          Plaintiff filed objections on June 23, 2015, in which he submits an IFP application and

22   explains that prison officials have delayed the processing of the required trust account certificate.

23   The court will hold the findings and recommendations in abeyance and grant plaintiff a 60-day

24   extension of time to file the required trust account certificate.

25          Accordingly, IT IS HEREBY ORDERED that the June 11, 2015 findings and

26   recommendations are held in abeyance, and plaintiff has 60 days from the date of this order to

27   submit the required trust account certificate to complete his application for leave to proceed in

28   /////

1   forma pauperis.  Should plaintiff fail to timely comply, those findings and recommendations will

2   be submitted to the district judge for consideration.

3   DATED:   July 2, 2015.

4

5                                                                       EDMUND F. BRENNAN
                                                                        UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2